UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHUTTSCO, INC., <br> A corporation. <br><br> Plaintiff, <br><br> v. <br><br> ANGEL GUARD <br> PRODUCTS, INC., <br> A corporation, and, <br> CASEY CORMIER, <br> An individual. <br><br> Defendants. | 05-40058 FDS <br><br> REQUEST FOR HEARING <br><br><br> ORIGINAL |

**PLAINTIFF'S MOTION FOR THE ISSUANCE OF A PRELIMINARY INJUNCTION RESTRAINING THE DEFENDANT FROM ANY FURTHER USE OF THE DOMAIN NAME, SHUTTSCO.COM, THE CORPORATE AND FAMILY NAME IN USE BY THE PLAINTIFF FOR TWENTY-FIVE YEARS**

Pursuant to F.R.C.P. 65(a), the Plaintiff, SHUTTSCO, INC. (hereinafter referred to as the "Plaintiff") respectfully moves this Court to issue an PRELIMINARY INJUNCTION RESTRAINING THE DEFENDANT, ANGEL GUARD PRODUCTS, INC., their Directors, Officers, agents, servants, members and employees (hereinafter collectively referred to as "AGP"), FROM ANY FURTHER USE OF THE DOMAIN NAME, SHUTTSCO.COM, the Plaintiff's registered corporate name in use in commerce for twenty-five years, well before the Defendant even formed its company. The plaintiff respectfully moves this Court to enter an Order pursuant to the terms of the Proposed Order attached to the Memorandum of Law as Exhibit "C."

1

In support of this motion, the plaintiff respectfully refers the Court to the Memorandum of Law, Affidavits AND PROPOSED ORDER filed in support of this Motion.

### REQUEST FOR HEARING

Plaintiff Requests a hearing on all said issues raised in the Motion.

DATED: 3-21-05

Respectfully submitted,
Plaintiff,
By his Attorney,

Jerrold G. Neeff
The Bostonian Law Group
33 Kingston St., 4th floor
Boston, MA 02111
(617) 338-1046
BBO# 635307
Jerry@Bostonianlaw.com

2