## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SHUTTSCO, INC.,        )
A corporation.         )
                      )
Plaintiff,            )
                      )
v.                  )
                      )
ANGEL GUARD        )
PRODUCTS, INC.,       )
A corporation, and,    )
CASEY CORMIER,      )
An individual.        )
                      )
Defendants.          )

05-40058 FDS

**ORIGINAL**

## MEMORADNUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR THE ISSUANCE OF A PRELIMINARY INJUNCTION RESTRAINING THE DEFENDANTS FROM ANY FURTHER USE OF THE DOMAIN NAME, SHUTTSCO.COM, THE CORPORATE AND FAMILY NAME IN USE BY THE PLAINTIFF FOR TWENTY-FIVE YEARS

### SUMMARY OF ARGUMENT

The Plaintiff, SHUTTSCO, INC. is a small family-owned corporation and has been operating and doing business under its current name for over twenty-five years primarily in the New England area. The Founder and current president of the Company is Mary Jo Shutts. As such, when the company was incorporated in 1980, the founders adopted their family name as the corporate name, Shuttsco, Inc. On or about January 12, 2005, the Defendant, a direct competitor of the Plaintiff, registered the domain name, SHUTTSCO.COM. Both parties directly compete with each other in the Boston area as all such products manufactured by the parties are for use in snow removal. Since the registration and as a direct result thereof, the Defendant has been deliberately and

egregiously directing traffic to its own web site, angelguardsproducts.com by using the
Plaintiff's name through search engine registration optimization. The registration of the
Plaintiff's corporate name is a clear violation of the Lanham Act, § 43(a), 15 U.S.C §
1125(a)(1), which forbids the registration of another party's corporate name, the
Trademark Protection Act of Massachusetts, c. 110B § 12, which provides for immediate
injunctive relief and Mass. Gen. Law c. 93A. The Plaintiff who derives substantial sales
through its own web site, now losing such sales as a result of the unlawful registration,
therefore, seeks the issuance of an Order directing Defendant's cessation of the use of the
domain name, Shuttsco.com. In fact, in light of the Defendants' actions, to which there is
no dispute, the Plaintiff is entitled to an injunction as a matter of law. Plaintiff
respectfully requests this Order on an Ex-parte basis so that Defendants may not
remediate or conceal their actions upon notice of this suit.

## I. STATEMENT OF FACTS

The Plaintiff is a small family-owned business that adopted its name, Shuttsco,
Inc. when it incorporated back in 1980. The founder and current President of the
company is Mary Jo Shutts. The Plaintiff is engaged in the manufacture and sale of a
patented product called the "Sno-Rake" (the "Product") and has been doing so for
twenty-five years through its corporate, registered name, Shuttsco, Inc., well before the
Defendant, AGP corporation was even formed; the product is marketed as and is used to
remove snow from an automobile in a safe manner following a snow storm and is sold to
the public on a nationwide basis including without limitation both individuals and
corporations alike through both traditional means and through its web site located at the
URL address "www.snorake.com. The Plaintiff has generated considerable goodwill and

2

business through the use of its web site and presence including, without limitation, significant procurement of sales and revenue through its web site. The Product has been sold with the Company name embossed in the Product, "Shuttsco", along side the Company's registered trademark, "Sno-Rake."

AGP has been manufacturing, distributing and selling a competing product called the "Auto SnoBrum" ( the "Defendant's Product") which is marketed and used for precisely the exact same purpose as the Sno-Rake. Both the Plaintiff and AGP are engaged in the same business and directly compete with each other through the marketing and sale of competing products through both traditional means and through the Internet through their respective web sites. The Plaintiff has been using the name "Shuttsco" to identify its Company, the Product, the source thereof, and all goodwill associated with both the Company and the Product for twenty-five years. (See Plaintiff's Affidavit in support of this Motion attached hereto as Exhibit "D").

On or about January 12, 2005, the Defendant, Casey Cormier, employee and/or agent of AGP registered the domain name www.Shuttsco.com (the "Offending Domain Name") through the domain name registrar GoDaddy.com for a period of three years. (See a copy of the screen shot of the registration identification information for the Offending Domain Name "ODN" obtained through the "WHOIS" NetSol database maintained and accessed at the URL, GoDaddy.com attached hereto as Exhibit "A"). As a result of the registration of the ODN, a "Google search" using the term "Shuttsco" will result in the production of the AGP's web site and URL address as a link second only to that of Shuttsco and framed as an "affiliate" and/or "sponsored link" of Shuttsco. (See a copy of the screen shot of the result for the "Google search" using the term "Shuttsco"

3

obtained through the URL address located at www.Google.com attached hereto as Exhibit "B"). (See also Plaintiff's Affidavit attached hereto as Exhibit "D").

Google.com is a search engine which controls approximately fifty percent of all search engine traffic; millions of people use the Google search engine daily to find products and services online. As the result of the Defendants' registration of the ODN and resulting search engine results in using the term "Shuttsco" at the URL located at www.Google.com, the Plaintiff has willfully and deliberately caused consumer confusion as to the source and goodwill associated with the name "Shuttsco", the Company and the Product resulting in damages to the Plaintiff.

## II. LEGAL STANDARD FOR ISSUANCE OF RESTRAINING ORDER

The party seeking an PRELIMINARY INJUNCTION from the Court must prove the following: First, that there will be irreparable harm to the moving party should the ORDER not be granted. <u>Boston Teachers Union, Local 66 v City of Boston</u>, 382 Mass. 553, 416 N.E.2d 1363 (1981). Secondly, that there is a likelihood of success on the merits. <u>University of Texas v Camenisch</u>, 451 U.S. 390, 101 S.Ct. 1830, 68 L.Ed.2d 175 (1981). Thirdly, that a denial of relief to the moving party would cause grave harm if the final judgment were in his favor, whereas, the allowance of the preliminary injunction would not be seriously harmful to the non-moving party should he prevail on the merits. <u>Ohio Oil v Conway</u>, 279 U.S. 813, 49 S.Ct. 256, 73 L.Ed. 972 (1929).

## III. ARGUMENT

### A. <u>There Will be Irreparable Harm to the Plaintiff Should the Injunction not be Granted.</u>

As a result of the registration of the ODN, a "Google search" using the term "Shuttsco" will result in the production of the AGP's web site and URL address as a link second only to that of Shuttsco and framed as an "affiliate" and/or "sponsored link" of Shuttsco. (See a copy of the screen shot of the result for the "Google search" using the term "Shuttsco" obtained through the URL address located at www.Google.com attached hereto as Exhibit "B"). Millions of consumers use the Google Site on a daily basis to find products and services. As such, the Plaintiff has clearly been losing traffic to its own web site resulting in the loss of substantial sales and tarnishing and diluting the name, goodwill and reputation of the Plaintiff. The Plaintiff has, therefore, been forced to seek an injunction against the Defendant in order to stop the unlawful use of its name in commerce and to stop the direct loss of business resulting therefrom.

B. **There is a Likelihood That Plaintiff Will Succeed on the Merits**

The Defendants' actions are a clear violation of the Lanham Act. Section 43(a) of the Act provides as follows:

In pertinent part, the statute provides as follows:

(1) Any person who, on or in connection with any goods or services…uses in commerce any word, term, name, symbol…or any false designation of origin…or false or misleading representation of fact- which

(A) is likely to cause confusion , or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to origin, sponsorship or approval of his or her goods, services, or commercial activities by another person, or

(B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services, or commercial activities, shall be liable in a civil action by any person who believes that he or she is likely to be damaged by such act. [See 15 U.S.C. § 1125(a)]

The statute does not require that the mark or symbol at issue have been registered. Rather, the statute was enacted precisely for prohibition of unfair competition in the use

of any mark or symbol, whether registered or not. Here, the Defendant is using the

SHUTTSCO name to deliberately direct traffic to its web site causing irreparable harm

and injury to the name, goodwill and reputation of the Plaintiff. In addition, the

Defendant is clearly causing confusion by unlawfully using the Plaintiff's name in

commerce by deceiving the public to believe there is an affiliation between the parties.

In fact, the Plaintiff has used the Shuttsco name in search engine optimization with the

search engine Google.com. When a consumer enters the Shuttsco name into the search

engine, the result falsely lists the Defendant as an endorsed "affiliate" of Shuttsco. (See a

copy of the screen shot of the result for the "Google search" using the term "Shuttsco"

obtained through the URL address located at www.Google.com attached hereto as

Exhibit "B"). As such, the Defendant has clearly violated the statute.

Furthermore, Massachusetts provides for its own Trademark Protection legislation.

In pertinent part, the statute provides as follows:

> Section 12. Likelihood of injury to business reputation or of dilution of the distinctive quality of a mark registered under this chapter, or a mark valid at common law, or a trade name valid at common law, **shall be a ground for injunctive relief** notwithstanding the absence of competition between the parties or the absence of confusion as to the source of goods or services. (Emphasis added) (See Mass. Gen. Law c. 110B § 12).

Here, there is clear and current injury to the Plaintiff. In fact, customers of the

Defendant have been sending the Defendant's product back to Shuttsco for repair

apparently confused as to the source of the Defendants' product and the relationship

between the two companies. (See Affidavit of Plaintiff attached hereto as Exhibit "D").

There is, therefore no disputing the fact that the Defendants have violated the Statute.

The Plaintiff will clearly prevail in this Action.

6

C. **Denial of Relief to the Moving Party Would Cause Grave Harm if the Final Judgment Were not in his Favor, Whereas, the Allowance of the Preliminary Injunction Would Not be Harmful to the Non-Moving Party at all Should Plaintiffs Prevail on the Merits.**

As stated, supra, unless the court issues an Order restraining the Defendant from using its corporate name, the Plaintiff will continue to lose sales through its web site. Moreover, the Defendants' continued unlawful use of the plaintiff's name will further dilute the name, goodwill and reputation of the Company resulting in harm to a Company with twenty-five years of business and reputation.

CONCLUSION

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court issue an order as so proposed and attached hereto as Exhibit "C" enjoining and restraining the Defendant.

Respectfully submitted,
Plaintiff,
By its Attorney,

DATED: 5 21 05

Jerrold G. Neeff
The Bostonian Law Group
33 Kingston St.,
4th floor
Boston, MA 02111
(617) 338-1046
BBO# 635307

# EXHIBIT A



| | Web | Images | Groups | News | Froogle | LocalNew! | more » |

shuttsco                                              Search    Advanced Search
                                                                Preferences

## Web

Results **1 - 10** of about **183** for **shuttsco**. (0.08 seconds)

**Shuttsco** Inc. - Home of the Snow Rake
Making and sales snow rakes and ice chisels for over 25 years.
www.snorake.com/ - 2k - Cached - Similar pages

Snow Rake Auto vehicle car, **shuttsco**, orange snow removal
tool ...
Return to Sam Giammalvo's "Special Products" Page The Original Snow -
Rake. Used by Car Dealers For Years! Guaranteed Not To Scratch
Automotive Finishes! ...
www.samscars.com/sam-sr.htm - 16k - Cached - Similar pages

[PDF] Paper No. 20 ejs THIS DISPOSITION IS NOT CITABLE AS PRECEDENT OF ...
File Format: PDF/Adobe Acrobat - View as HTML
... Trademark Trial and Appeal Board _____ In re **Shuttsco**, Inc. _____ ... 74/511,435
_____ H. Jay Spiegel of H. Jay Spiegel & Associates for **Shuttsco**, Inc. ...
www.uspto.gov/web/offices/ com/sol/foia/ttab/other/2000/74511435.pdf - Similar pages

Summary of Final Decisions Issued by the TTAB - OG Date: 11 April ...
... Systems Corp. 3-1 CANC 25,094 Viacom Int'l. Inc. (SJ) v. Raymond Robinson 3-1 EX
74/511,435 **Shuttsco**, Inc. Opposer's/ Applicant's ...
www.uspto.gov/web/offices/ com/sol/og/2000/week15/pattab1.htm - 5k -
Cached - Similar pages
[ More results from www.uspto.gov ]

Open Directory - Shopping: Vehicles: Parts and Accessories: Varied ...
... Shadetree Online Inc. - Shop for automobile accessories, including truck accessories and
interior trim for most vehicles. **Shuttsco**, inc. ...
dmoz.org/Shopping/Vehicles/Parts_ and_Accessories/Varied_Merchandise/S/ - 14k -
Cached - Similar pages

H. Jay Spiegel & Associates, PC - About H. Jay Spiegel
... In In re **Shuttsco**, Inc., reported at 54 USPQ 2d 1055 (2000), the Trademark Trial and
Appeal Board reversed the Examining Attorney and directed federal ...
www.spiegelaw.com/about.html - 15k - Cached - Similar pages

S Links
... Sense Motorsport - Manufacturer offers aftermarket body kit and parts for import and
domestic compact cars. **Shuttsco**, inc. - Making ...
sportdirectory.dreamhost.com/Vehicles_
Parts_and_Accessories_Varied_Merchandise_S.html - 31k - Cached - Similar pages

www.shuttsco.com/
Similar pages

Google Directory - Shopping > Vehicles > Parts and Accessories > ...
... Swab Distributing - http://www.onlinetiresupplies.com/ Offers a line of wheel weights,
valve stems, tire tools and patches. **Shuttsco**, inc. ...
directory.google.com/Top/Shopping/
Vehicles/Parts_and_Accessories/Varied_Merchandise/S/ - 25k - Cached - Similar pages

Sponsored Links

SNO BRuM
Quickly push away snow without
scratching. Perfect for large cars!
www.angelguardproducts.com

Northland
Categories, Custom Items (4) Detail Supplies (46) Key Tags & Keyboards (12) Markers &
Window Accessories (18) Minnesota Forms (13 ...
www.northlanddealers.com/catalog/advanced_search.php - 26k - Cached - Similar pages

## Goooooooooogle ▶

Result Page:    **1** 2 3 4 5 6 7 8 9 10    **Next**

Free! Google Desktop Search: Search your own computer.

shuttsco                         Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2005 Google

# EXHIBIT B



BobParsons.com
Read Bob's blog on
Super Bowl Coverage.
See our Ad & more.



JOIN OUR
SUPER BOWL® AD
CELEBRATION!

#1 in domain name registration! M

My Account    Support    Cart

Names ▾ | Hosting & Servers ▾ | Web Site Builders ▾ | Email Accounts ▾ | SSL Certificates ▾ | Ecommerce Prod

My Account / Logout    Company Info    Why our prices are so low    10-Point Value Plan    What's New!    FAQ    ICA

WHOIS Database Search

## WHOIS Search Results for: SHUTTSCO.COM

## This domain is NOT Available

Enter a Domain Name to Check

**www.** [                    ] [ .com ] [ 60 ]

The data contained in Go Daddy Software, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior w.
permission of Go Daddy Software, Inc.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field.  In most cases, Go Daddy Software, Inc.
is not the registrant of domain names listed in this database.

Registrant:
  Casey Cormier
  70 James Street
  Worcester, Massachusetts 01603
  United States

  Registered through: GoDaddy.com (http://www.godaddy.com)
  Domain Name: SHUTTSCO.COM
    Created on: 12-Jan-05
    Expires on: 12-Jan-08
    Last Updated on: 12-Jan-05

  Administrative Contact:
    Cormier, Casey  casey_cormier@yahoo.com
    70 James Street
    Worcester, Massachusetts 01603
    United States
    8003254832
  Technical Contact:
    Cormier, Casey  casey_cormier@yahoo.com
    70 James Street
    Worcester, Massachusetts 01603
    United States
    8003254832

  Domain servers in listed order:
    PARK19.SECURESERVER.NET
    PARK20.SECURESERVER.NET

**This domain is NOT Available**
Report Invalid Whois

---

▶ 24/7 Sales and Support: (480) 505-8877  ▶ Billing Questions? Call (480) 505-8855  ▶ Free e-News: Ente

Home | Login | About Us | Product Catalog | Shopping Cart | Legal Agreements | Report Spam | Careers | Sit

500 2004 WINNER   Deloitte. Technology Fast 500   We now accept PayPal   BBBONLINE RELIABILITY PROGRAM   site privacy

© 1999 - 2005 Go Daddy Software, Inc. All rights reserved. GoDaddy.com ranked #1 among all registrars in net new domain name registrat
years 2002, 2003, and 2004. Source: Name Intelligence, Inc. DBA Whois Source.

Case 4:05-cv-40058-FDS    Document 3-2    Filed 03/22/2005    Page 7 of 20



# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHUTTSCO, INC.,<br>A corporation.<br><br>Plaintiff,<br><br>v.<br><br>ANGEL GUARD<br>PRODUCTS, INC.,<br>A corporation, and,<br>CASEY CORMIER,<br>An individual.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

After hearing, the Court hereby ENJOINS and RESTRAINS the Defendants and their agents, affiliates, servants, and employees from any further use of the domain name SHUTTSCO.COM (the "domain name"). Following the issuance of this Order, Defendants shall relinquish all right and title to the domain name and transfer the same to the Plaintiff.

Dated: _____

( _____ ,J.)

**EXHIBIT D**

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF ITS MOTION FOR THE
## ISSUANCE OF AN EX PARTE ORDER

1.    I, RICK DOFKA, as the General Manager of SHUTTSCO, INC. do hereby depose and state the following:

2.    SHUTTSCO, INC. is engaged in the manufacture and sale of a patented product called the "Sno-Rake" (the "Product") and has been doing so for twenty-five years through its corporate, registered name, Shuttsco, Inc., well before the Defendant, AGP corporation was even formed; the product is marketed as and is used to remove snow from an automobile in a safe manner following a snow storm and is sold to the public on a nationwide basis including without limitation both individuals and corporations alike through both traditional means and through its web site located at the URL address "www.snorake.com.

3    SHUTTSCO, INC. has generated considerable goodwill and business through the use of its web site and presence including, without limitation, significant procurement of sales and revenue through its web site. The Product has been sold with the Company name embossed in the Product, "Shuttsco", along side the Company's registered trademark, "Sno-Rake."

4.    AGP has been manufacturing, distributing and selling a competing product called the "Auto SnoBrum" ( the "Defendant's Product") which is marketed and used for precisely the exact same purpose as the Sno-Rake.

5.    SHUTTSCO, INC. and AGP are engaged in the same business and directly compete with each other through the marketing and sale of competing products

through both traditional means and through the Internet through their respective web sites.

6.    The Company has been using the name "Shuttsco" to identify its Company, the Product, the source thereof, and all goodwill associated with both the Company and the Product for twenty-five years.

7.    On or about January 12, 2005, the Defendant, Casey Cormier, employee and/or agent of AGP registered the domain name www.Shuttsco.com (the "Offending Domain Name") through the domain name registrar GoDaddy.com for a period of three years. (See a copy of the screen shot of the registration identification information for the Offending Domain Name "ODN" obtained through the "WHOIS" NetSol database maintained and accessed at the URL, GoDaddy.com attached hereto as Exhibit "A").

8.    As a result of the registration of the ODN, a "Google search" using the term "Shuttsco" will result in the production of AGP's web site and URL address as a link second only to that of Shuttsco and framed as an "affiliate" and/or "sponsored link" of Shuttsco. (See a copy of the screen shot of the result for the "Google search" using the term "Shuttsco" obtained through the URL address located at www.Google.com attached hereto as Exhibit "B").

9.    Google.com is a search engine which controls approximately fifty percent of all search engine traffic; millions of people use the Google search engine daily to find products and services online.

10.    As the result of the Defendants' registration of the ODN and resulting search engine results in using the term "Shuttsco" at the URL located at www.Google.com, the Plaintiff has willfully and deliberately caused consumer confusion

as to the source and goodwill associated with the name "Shuttsco", the Company and the Product resulting in damages to the Company.

11.     As an illustration of the clear consumer confusion that has arisen between the companies, SHUTTSCO, INC. has received numerous complaints from AGP customers who have been under the false impression that the AGP product purchased was procured from SHUTTSCO, INC.; clearly consumers have confused our Company with that of the Defendant, AGP, further tarnishing our Company's goodwill and reputation.

12.     Unless an Order is issued enjoining the Defendant from the use of the domain, the Company will continue to lose business from the wrongful registration; Defendant will also continue to tarnish and dilute the name, goodwill and reputation of the Company.

13.     I do hereby attest to and verify that all copies of all Exhibits attached hereto and to the Motion papers are true and accurate copies of that which said document is said to represent.

SIGNED AND SWORN TO PURSUANT TO THE PAINS AND PENALTIES OF PERJURY:

_____
RICK DOPKA

# EXHIBIT A

# Google

**Web** Images Groups News Froogle Local<sup>New!</sup> **more »**

shuttsco                                     Search   Advanced Search
                                                      Preferences

## Web

Results **1 - 10** of about **183** for **shuttsco**. (0.08 seconds)

**Shuttsco** Inc. - Home of the Snow Rake
Making and sales snow rakes and ice chisels for over 25 years.
www.snorake.com/ - 2k - Cached - Similar pages

Snow Rake Auto vehicle car, **shuttsco**, orange snow removal
tool ...
Return to Sam Giammalvo's "Special Products" Page The Original Snow -
Rake. Used by Car Dealers For Years! Guaranteed Not To Scratch
Automotive Finishes! ...
www.samscars.com/sam-sr.htm - 16k - Cached - Similar pages

[PDF] Paper No. 20 ejs THIS DISPOSITION IS NOT CITABLE AS PRECEDENT OF ...
File Format: PDF/Adobe Acrobat - View as HTML
... Trademark Trial and Appeal Board _____ In re **Shuttsco**, Inc. _____ ... 74/511,435
_____ H. Jay Spiegel & Associates for **Shuttsco**, Inc. ...
www.uspto.gov/web/offices/ com/sol/foia/ttab/other/2000/74511435.pdf - Similar pages

Summary of Final Decisions Issued by the TTAB - OG Date: 11 April ...
... Systems Corp. 3-1 CANC 25,094 Viacom Int'l. Inc. (SJ) v. Raymond Robinson 3-1 EX
74/511,435 **Shuttsco**, Inc. Opposer's/ Applicant's ...
www.uspto.gov/web/offices/ com/sol/og/2000/week15/pattab1.htm - 5k -
Cached - Similar pages
[ More results from www.uspto.gov ]

Open Directory - Shopping: Vehicles: Parts and Accessories: Varied ...
... Shadetree Online Inc. - Shop for automobile accessories, including truck accessories and
interior trim for most vehicles. **Shuttsco**, inc. ...
dmoz.org/Shopping/Vehicles/Parts_ and_Accessories/Varied_Merchandise/S/ - 14k -
Cached - Similar pages

H. Jay Spiegel & Associates, PC - About H. Jay Spiegel
... In In re **Shuttsco**, Inc., reported at 54 USPQ 2d 1055 (2000), the Trademark Trial and
Appeal Board reversed the Examining Attorney and directed federal ...
www.spiegelaw.com/about.html - 15k - Cached - Similar pages

S Links
... Sense Motorsport - Manufacturer offers aftermarket body kit and parts for import and
domestic compact cars. **Shuttsco**, inc. - Making ...
sportdirectory.dreamhost.com/Vehicles_
Parts_and_Accessories_Varied_Merchandise_S.html - 31k - Cached - Similar pages

www.shuttsco.com/
Similar pages

Google Directory - Shopping > Vehicles > Parts and Accessories > ...
... Swab Distributing - http://www.onlinetiresupplies.com/ Offers a line of wheel weights,
valve stems, tire tools and patches. **Shuttsco**, inc. ...
directory.google.com/Top/Shopping/
Vehicles/Parts_and_Accessories/Varied_Merchandise/S/ - 25k - Cached - Similar pages

Sponsored Links

SNO BRuM
Quickly push away snow without
scratching. Perfect for large cars!
www.angelguardproducts.com

Northland
Categories, Custom Items (4) Detail Supplies (46) Key Tags & Keyboards (12) Markers &
Window Accessories (18) Minnesota Forms (13 ...
www.northlanddealers.com/catalog/advanced_search.php - 26k - Cached - Similar pages

Gooooooooooogle ▶
Result Page:     1  2  3  4  5  6  7  8  9  10     **Next**

⦿  Free! Google Desktop Search: Search your own computer.

shuttsco                              Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2005 Google

# EXHIBIT B



**BobParsons.com**
Read Bob's blog on
Super Bowl Coverage.
See our Ad & more.


**JOIN OUR**
**SUPER BOWL® AD**
**CELEBRATION!**

#1 in domain name registration! M

↑ My Account      Support      Cart

| Names ▾ | Hosting & Servers ▾ | Web Site Builders ▾ | Email Accounts ▾ | SSL Certificates ▾ | Ecommerce Prod |

My Account / Logout      Company Info      Why our prices are so low      10-Point Value Plan      What's New!      FAQ

**WHOIS Database Search**

## WHOIS Search Results for: SHUTTSCO.COM

## This domain is NOT Available

**Enter a Domain Name to Check**

**WWW.** [            ]   .com   **GO**

The data contained in Go Daddy Software, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior w
permission of Go Daddy Software, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, Go Daddy Software, Inc.
is not the registrant of domain names listed in this database.


Registrant:
    Casey Cormier
    70 James Street
    Worcester, Massachusetts 01603
    United States

    Registered through: GoDaddy.com (http://www.godaddy.com)
    Domain Name: SHUTTSCO.COM
        Created on: 12-Jan-05
        Expires on: 12-Jan-08
        Last Updated on: 12-Jan-05

    Administrative Contact:
        Cormier, Casey   casey_cormier@yahoo.com
        70 James Street
        Worcester, Massachusetts 01603
        United States
        8003254832
    Technical Contact:
        Cormier, Casey   casey_cormier@yahoo.com
        70 James Street
        Worcester, Massachusetts 01603
        United States
        8003254832

    Domain servers in listed order:
        PARK19.SECURESERVER.NET
        PARK20.SECURESERVER.NET

**This domain is NOT Available**
Report Invalid Whois

▶ 24/7 Sales and Support: (480) 505-8877   ▶ Billing Questions? Call (480) 505-8855   ▶ Free e-News:   Ente

Home | Login | About Us | Product Catalog | Shopping Cart | Legal Agreements | Report Spam | Careers | Sit

2004
500 WINNER

Deloitte.
Technology Fast 500

We now accept
PayPal

BBBOnLine
RELIABILITY
PROGRAM

Reviewed by
site privac

© 1999 - 2005 Go Daddy Software, Inc. All rights reserved. GoDaddy.com ranked #1 among all registrars in net new domain name registrat
years 2002, 2003, and 2004. Source: Name Intelligence, Inc. DBA Whois Source.

