UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHUTTSCO, INC.,<br>Plaintiff,<br><br>v.<br><br>ANGEL GUARD<br>PRODUCTS, INC., and,<br>CASEY CORMIER,<br>Defendants. | Civil Action No. 05-40058FDS |

### STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Massachusetts Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice, without costs, waiving all rights of appeal.

Respectfully submitted,

ANGEL GUARD PRODUCTS, INC.,
and CASEY CORMIER, Defendant,
By their attorney,

David M. Ianelli (BBO#546481)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Tel. No.: 508/926-3414
Fax No.: 508/929-3020

SHUTTSCO, INC.
By their attorney,

_[signature]_

Jerrold G. Neeff, Esq.
The Bostonian Law Group
33 Kingston Street
Fourth Floor
Boston, MA  02111

{J:\CLIENTS\lit\304709\0001\00536011.DOC;1}